UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG-1)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing scheduled for January 23, 2020 is adjourned to **February 11, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are now due by **January 2, 2020**. The Government's submission is now due by **January 9, 2020**.

Dated: New York, New York
       December 5, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge