

December 6, 2019

BY ECF
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    *Re:*    **United States v. Joshua Perez**
             17-cr-251

Dear Judge Gardephe:

    I represent Joshua Perez in the above-captioned matter. Earlier today the Court issued an Order scheduling Mr. Perez's sentencing for February 11, 2020 at 4:00 p.m. I have a standing family obligation that requires me to finish working by 4:30 p.m. on Tuesdays. Therefore, I respectfully request that the Court reschedule Mr. Perez's sentencing to begin at 3:30 p.m. on February 11, 2020.

    I conferred with AUSA Jilan Kamal and she informed me that the government has no objection to this request. Thank you for the Court's consideration of this letter motion.

                                        Very truly yours,

                                        /s/

                                        Aaron Mysliwiec
                                        *Attorney for Joshua Perez*

cc:    All counsel (via ECF)

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec. 18, 2019