

**Miedel & Mysliwiec LLP**

December 16, 2019

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    ***United States v. Joshua Perez***
            **17 Cr. 251 (PGG)**

Dear Judge Gardephe:

    I represent Joshua Perez in the above-captioned matter. I write today to request an adjournment of the deadlines for Government and Defense sentencing submissions to one and two weeks, respectively, before Mr. Perez's sentencing on February 11, 2020. I will be travelling during the holidays and on vacation until January 7, 2020. I also have a trial beginning January 13, 2020, which will last until approximately January 23rd. I conferred with AUSA Jilan Kamal and she informed me that the Government has no objection to this request.

    If the first proposal is inconvenient for the Court, then in the alternative, I respectfully request an extension to January 8, 2020 for Mr. Perez's submission and January 15, 2020 for the Government's submission.

    Thank you for the Court's consideration of this letter motion.

                              Very truly yours,

                              /s/

                            Aaron Mysliwiec
                            *Attorney for Joshua Perez*

cc:    AUSA Jilan Kamal (by ECF)

**MEMO ENDORSED**
The Application is granted.

SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Dec 18, 2019