

January 12, 2019

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Joshua Perez*
             17 Cr. 251 (PGG)

Dear Judge Gardephe:

    I represent Joshua Perez in the above-captioned matter. I write today to request an additional adjournment of the deadlines for Government and Defense sentencing submissions. Trial preparation in the case of *U.S. v. Dupigny*, 18 Cr. 528 (JMF) has taken more of my time than planned and I was unable to meet the January 8, 2020 deadline for the defense submission in this case. The trial will take from approximately January 13th to January 22nd. I will be able to submit Mr. Perez's sentencing submission by January 24, 2020, roughly two and a half weeks before the sentencing date of February 11, 2020. Therefore, I respectfully request an adjournment of the sentencing submission deadlines to January 24th for the Defense and January 31st for the Government. I conferred with AUSA Jilan Kamal and she informed me that the Government has no objection to this request.

    If the adjourning the submission deadlines as described will not work for a February 11th sentencing date, then I respectfully request that the sentencing be adjourned approximately two weeks.

    Thank you for the Court's consideration of this letter motion.

                               Very truly yours,

                               /s/

                               Aaron Mysliwiec
                               *Attorney for Joshua Perez*

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Jan 13, 2020

cc:    AUSA Jilan Kamal (by ECF)