

Miedel & Mysliwiec LLP

February 19, 2020

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *United States v. Joshua Perez*
              17 Cr. 251 (PGG)

Dear Judge Gardephe:

     I represent Joshua Perez in the above-captioned matter. I write today to request a change to the time of Mr. Perez's sentencing. At present, Mr. Perez is scheduled to be sentenced by Your Honor on Friday, May 8, 2020 at 4:00 p.m. Due to a family obligation, I have to be completed with the sentencing by 4:15 p.m. Therefore, I respectfully request that the Court reschedule Mr. Perez's sentencing for 3:00 p.m. or earlier on May 8th. AUSA Jilan Kamal informed me that the Government has no objection to this request.

     Thank you for the Court's consideration of this letter motion.

                                           Very truly yours,

                                           /s/

                                           Aaron Mysliwiec
                                           *Attorney for Joshua Perez*

cc:    AUSA Jilan Kamal (by ECF)

**MEMO ENDORSED**
The Application is granted. Sentencing will proceed at 3:00 p.m. on May 8, 2020.
SO ORDERED:
*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Feb. 21, 2020