UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG-1)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing scheduled for May 8, 2020 is adjourned to **June 10, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 20, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge