UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, scheduled for June 10, 2020, is adjourned to **July 10, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Bail is continued through July 10, 2020.

Dated: New York, New York
       June 4, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge