UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-                                          **ORDER**

JOSHUA PEREZ,                                      17 Cr. 251 (PGG)

                        Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, scheduled for July

10, 2020, is adjourned to **August 26, 2020 at 2:00 p.m.** in Courtroom 705 of the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, New York.  Bail is continued

through August 26, 2020.

Dated:  New York, New York
        July 1, 2020

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge