UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         -against-<br><br>JOSHUA PEREZ,<br><br>                    Defendant. | **ORDER**<br><br>17 Cr. 251 (PGG-1) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing scheduled for October 27, 2020 is adjourned to **January 26, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 29, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge