UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of the Defendant Joshua Perez, scheduled for January 26, 2021, is adjourned to **April 6, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Bail is continued through April 6, 2021.

Dated: New York, New York
       January 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge