UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSHUA PEREZ,

Defendant.

**ORDER**

(S2) 17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Joshua Perez's sentencing, currently scheduled for April 6, 2021, is adjourned to **May 5, 2021 at 12:00 p.m.**  With Defendant's consent, the sentencing will proceed by teleconference.

By **April 28, 2021**, Defendant will submit a letter stating whether he has received a COVID-19 vaccine.  If Defendant has not been vaccinated by April 28, 2021, Defendant's letter will explain why he has not been vaccinated, and when he expects to be fully vaccinated.

With respect to the May 5, 2021 sentencing, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone proceeding by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the sentencing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the sentencing so that the Court knows which numbers to un-mute.  The email should include the case name and case number in

the subject line.

Dated:  New York, New York
        March 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge