UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The documents lodged at Dkt. No. 189 will be unsealed and referenced in docket entries.

Dated: New York, New York
       July 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge