UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG-1)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **December 18, 2025, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 16, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge