UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG-1)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, sentencing in this violation of supervised release proceeding will take place on **April 15, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Submissions on behalf of the Defendant are due on **April 1, 2026**, and the Government's submission is due on **April 8, 2026.**

Dated: New York, New York
January 13, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge