

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 13, 2026

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States
Courthouse 40 Foley Square
New York, New York 10007

      Re:    *United States v. Joshua Perez*, 17 Cr. 251 (PGG)

Dear Judge Gardephe:

      The Government writes with the consent of defense counsel and U.S. Probation Officer John DePierri to respectfully request that the Court adjourn the sentencing in this matter, which is currently scheduled for May 21, 2026, at 11:00 a.m., to later that same day. The Government is requesting this adjournment because the sentencing in this matter currently conflicts with the sentencing in another matter being handled by the undersigned Assistant United States Attorney.

      Counsel for Mr. Perez and Officer Depierri both have advised that they are available in the early afternoon on May 21, 2026, if that is amenable to the Court. The parties also are happy to provide additional availability, if helpful.

**MEMO ENDORSED:**
The application is granted. The sentencing
currently scheduled for May 21, 2026, at
11:00 a.m., is adjourned to May 21, 2026,
at 2:00 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

SO ORDERED.

*Paul G. Gardephe*
_____

Paul G. Gardephe
United States District Judge

By: _____
    Ariana L. Bloom
    Assistant United States Attorney
    Tel: (212) 637-2578

    cc:     Valerie Gotlib, Esq. (by ECF)