UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSHUA PEREZ,

Defendant.

**ORDER**

17 Cr. 251 (PGG-1)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this violation of supervised release proceeding is currently scheduled for **November 20, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Submissions on behalf of the Defendant are due on **November 6, 2026**, and the Government's submission is due on **November 13, 2026**.

Dated: New York, New York
October 30, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge